


# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-20257-01 |
| VERSUS | JUDGE MINALDI |
| GABRIEL LEE REED, JR. | MAGISTRATE JUDGE WILSON |

## ORDER

CONSIDERING the motion of defendant entitled MOTION TO FILE UNDER SEAL, MOTION FOR MENTAL EXAMINATION TO DETERMINE THE EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE UNDER THE PROVISIONS OF 18 U.S.C. §4242, the Court is of the opinion that the motion should be and the same is hereby:

✓ _____ GRANTED    _____ DENIED

_____ GRANTED, to the following extent:

_____

_____

_____

Lake Charles, Louisiana, this \_\_\_9\_\_\_ day of August, 2006.

PATRICIA MINALDI
United States District Judge